UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA (MACON)

ROMAN BOGATSCHOW,

Plaintiff,

v.

CF MEDICAL LLC and
MITCHELL D. BLUHM &
ASSOCIATES, LLC,

Defendants.

Civil Action No. 5:20-CV-00059-MTT

## **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

NOW COME defendants, The Law Offices of Mitchell D. Bluhm & Associates, LLC[1] and CF Medical, LLC, through undersigned counsel and pursuant to Fed. R. Civ. P. 56, and respectfully move for summary judgment in their favor and against plaintiff, Roman Bogatschow. As fully detailed in their attached Memorandum of Law, and as proven by their attached evidence in support of their Motion, there is no genuine issue of material fact.  Defendants are entitled to summary judgment as a matter of law.

WHEREFORE, defendants respectfully move for summary judgment, and for any other relief the Honorable Court deems appropriate.

Date:  April 7, 2021

Respectfully submitted,

*/s/ Kirsten H. Smith*
Kirsten H. Smith (#702220)
SESSIONS, ISRAEL & SHARLE
3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002
Telephone: (504) 846-7943
Email: ksmith@sessions.legal
*Attorney for Defendants,*
*The Law Offices of Mitchell D. Bluhm &*
*Associates, LLC and CF Medical LLC*

---

[1] Erroneously identified in the complaint as Mitchell D. Bluhm & Associates, LLC.

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2021, a copy of the foregoing was electronically filed with

the Clerk of the Court and served via CM/ECF upon all counsel of record.

/s/  Kirsten H. Smith
Kirsten H. Smith