# EXHIBIT B



**WebTPA**
An AmWINS Group Company

January  31, 2019

Roman Bogatschow

██████████

██████████, GA 31088

Re:     Group:  CHC Companion
        Insured:  Roman Bogatschow
        Patient:  Same
        Member ID:     ████0584-01
        Claim number :  Unsure of claim numbers.  Corres claim no. 01302019kra0037

Dear Mr. Bogatschow:

WebTPA, the third party claims administrator for Companion Life Insurance Company, has received your
request to review the correspondence we received.

The member's   policy is a limited benefit fixed indemnity benefit policy that pays specific benefit
amounts for designated services specifically listed in the Schedule of Benefits and the Certificate of
Insurance.  This is not a major medical policy, and it does not pay a percentage of all medical expenses.

In order to respond to your request we need to know exactly what claims you are referring to that has a
balance due of $2,016.00 for date of service 1/4/16.

If you have any questions regarding this matter or if I can be further assistance, please contact our
Customer Service Department at 1- 877-685-2432.

Sincerely,

Appeal Department
WebTPA

cc: The Law Offices of Mitchell D. Bluhm & Associates

RECEIVED FEB 0 5 2019




8500 Freeport Pkwy
Suite 400
Irving, TX 75063


T   877.5WEBTPA
F   469.417.1970


www.webtpa.com



**WebTPA**
An AmWINS Group Company

P.O. Box 1808
Grapevine, Texas 76099-1808



U.S. POSTAGE ≫ PITNEY BOWES

ZIP 75063  $ 000.50⁰
02  1W
0001388294 FEB. 01. 2019

The Law Offices of
Mitchell D. Bluhm + Assoc
3400 Texoma Parkway
Ste 100
Sherman, TX 75090