# EXHIBIT C

WEBTPA
P.O. BOX 1808
GRAPEVINE, TX  76099-1808
469-417-1700

CHC MEC - 5121 JOHNSON SERVICE GROUP INC
EXPLANATION OF BENEFITS

JOHNSON SERVICE GROUP INC

ROMAN BOGATSCHOW



| | | |
|---|---|---|
| GROUP # | CHC5121 |
| DATE | 04/13/2016 |
| EMPLOYEE | ROMAN BOGATSCHOW |
| MEMBER | ROMAN BOGATSCHOW |
| MEMBER ID | ████0584-01 |

| Line | PROVIDER DESCRIPTION OF SERVICE | CLAIM NUMBER/ DATE OF SERVICE FROM       TO | CHARGES SUBMITTED | DISCOUNT | NON-COVERED OR PENDING | COPAY | DEDUCT APPLIED | COINS | W/H | OTHER COVERAGE | TOTAL BENEFIT PAYABLE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | JUPITER MEDICAL CENTER | 01222016xde0031-R0 | | | | | | | | | |
| 1 | R750-██████████ SERV | 1/4/2016 - 1/4/2016 | $3,743.71 | $1,479.61 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,264.10 |
| 2 | R370-ANESTHESIA - GENERAL | 1/4/2016 - 1/4/2016 | $395.00 | $156.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $238.89 |
| | TOTAL AMOUNTS | | $4,138.71 | $1,635.72 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,502.99 |

Line 1, 2:
   290 Patient Not Responsible for this PHCS Discount
Line 1, 2:
   LMBGLOBAL CODE The patient/member is responsible for any amounts not paid by their plan including the amounts in the non-covered, co-pay, or deductible fields

\* Withhold amounts are not the responsibility of the member.

**SHADED AREA BELOW IS THE MEMBER SUMMARY FOR THIS
EXPLANATION OF BENEFITS**

| | |
|---|---|
| **DEDUCTIBLE** | **$0.00** |
| **CO-PAY** | **$0.00** |
| **CO-INSURANCE** | **$0.00** |
| **TOTAL** | **$0.00** |

Para ayudar en este idioma, llame al número anterior
對於這種語言的幫助，請撥打上述號碼
Para sa tulong sa wikang ito, tawagan ang numero sa itaas
D77 saad bee shik1'1adoowo[ n7n7zingo, k0j8' h0d77lnih Customer
Servicej9 47 binumber w0da'di bik11'.

BOGATSCHOW-000002-ID

EOB, printed 1/14/2019