# EXHIBIT D

# CLIFF CARLSON LAW, P.C.

1114-C1 HIGHWAY 96, #347
KATHLEEN, GA 31047
(478) 254-1018 GEORGIA

APRIL 27, 2019

**VIA FACSIMILE**
Mitchell D. Bluhm & Associates, LLC
1-903-893-4157

Re:    Cease and Desist

To Whom It May Concern,

I, along with Ronald Daniels of Daniels Law LLC, represent Roman Bogatschow in connection with the alleged debt associated with the account ending in 6251 and any other account or alleged account you or your clients allege Mr. Bogatschow is responsible for. You are not to contact my client for any purpose. If you wish to discuss an alleged debt, you must do so through me until further advised. Pursuant to 15 U.S.C. §1692c(C), if you are a "debt collector," you are directed to cease and desist any further communication with my client and collection efforts immediately. Moreover, we demand that any automatic payment drafting for any and all accounts cease immediately.

Finally, if you do not own this debt, I demand that you immediately send a copy of this letter to the original creditor or current owner of the debt so they are aware of its contents and can comply with its demands.

I thank you in advance for your prompt and thorough consideration in this matter, and I look forward to hearing from you soon.

Sincerely,

Clifford Carlson
Attorney
Cliff Carlson Law, P.C.
478-254-1018
CC@CliffCarlsonLaw.com

CAC/
cc: Mr. Bogatschow
    Ronald Daniels

02652-Bogatschow

*JMBA Atty Cease* (handwritten)

# Daniels Law LLC

Ronald Edward Daniels

620 Oak Street
Eastman, Georgia

P.O. Box 4939
Eastman, Georgia 31023
478-220-0214
rondanielslaw.com
#JusticeIsHere

ron@dlawllc.com

905 Jernigan Street
Perry, Georgia

MAY 28, 2019

**VIA CERTIFIED MAIL 7018 2290 0001 2917 3947
RETURN RECEIPT REQUESTED
Mitchell D. Bluhm & Associates, LLC
3400 Texoma Parkway, Suite 100
Sherman, TX 75090**

Re:    Debt Collection Dispute and Verification Demand
       Account Number: ▮▮▮▮▮

To Whom It May Concern,

I am writing in response to your letter dated January 4, 2019 addressed to my client, Roman Bogatschow. A copy of that letter is enclosed. On behalf of Mr. Bogatschow, we hereby dispute the validity of this debt. Furthermore, we demand that you verify the alleged debt including, but not limited to, providing the following:

1. The name and address of the original creditor to whom the alleged debt is owed;
2. The original account number of the account;
3. The amount of the alleged debt;
4. Verification of the alleged debt or copy of any judgment (if applicable);
5. Proof that you are authorized to collect debts in this state;
6. Proof that you are authorized to collect the debt on behalf of the original creditor and
7. A full and complete accounting of the alleged debt.

Since this is a disputed debt, unless and until it is validated, your information concerning this debt is inaccurate. Thus, if you have already reported this debt to any credit-reporting agency (CRA) or Credit Bureau (CB), you must immediately inform them of this dispute. Reporting information that you know to be inaccurate, or failing to report information correctly violates the Fair Credit Reporting Act. Should you pursue a judgment without validating this debt, the Court will be advised and Mr. Bogatschow will request the case be dismissed based on your failure to comply with the FDCPA's requirements.

**Further, you are not to contact my client for any purpose.** If you wish to discuss this alleged debt, or any other alleged debt, you must do so through me until

02652-0003
Page 1 of 2

RECEIVED JUN 0 4 2019

further advised. Pursuant to 15 U.S.C. §1692c(C), if you are a "debt collector," you are directed to cease and desist any further communication with my client and collection efforts immediately.

Finally, if you do not own this debt, I demand that you immediately send a copy of this letter to the original creditor or current owner of the debt so they are aware of its contents and can comply with its demands.

Yours Very Truly,

Ronald Edward Daniels

RED/
enclosure
cc: Mr. Bogatschow

02652-0004
Page 2 of 2