# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **ROMAN BOGATSCHOW,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No.: 5:20-cv-00059-MTT** |
| ) | |
| **CF MEDICAL LLC and MITCHELL** ) | |
| **D. BLUHM & ASSOCIATES, LLC,** ) | |
| ) | |
| **Defendants.** ) | |

**PLAINTIFF'S RESPONSES TO DEFENDANT MITCHELL D. BLUHM &**
**ASSOCIATES, LLC'S FIRST REQUEST FOR INTERROGATORIES**

COMES NOW Roman Bogatschow, the Plaintiff in the above-captioned

action and, pursuant to Federal Rules of Civil Procedure Rules 33, 34, and 36, hereby

file this their responses to Defendant Mitchell D. Bluhm & Associates, LLC's First

Interrogatories by showing and stating as follows:

**RESPONSES TO INTERROGATORIES**

Interrogatory 1.    Identify each and every person who provided any information

in connection with answers to these Interrogatories and Requests for Production of

Documents served contemporaneously with these Interrogatories.

**RESPONSE:    Plaintiff objects to this interrogatory as vague,**

**ambiguous, and overly broad. Subject to the foregoing objection, Plaintiff and**

Interrogatory 17.    Identify any calendars, diaries, logs, notes, journals, or any other written or recorded summary of events maintained by you that in any way relate to this lawsuit.

**RESPONSE:      Plaintiff objects to this interrogatory on the grounds that it asks for information that is protected under attorney client privilege and information protected under work product. Plaintiff believes that all of the communication with Bluhm has been documented by the communication produced with the requests for production as well as the audio recordings provided by Defendants.**

Interrogatory 18.    Identify the name, date, policy number, and contact information for your health insurance carrier or provider that you claim paid the subject debt at issue in this case.

**RESPONSE: Plaintiff does not claim that insurance paid the subject debt.**

Interrogatory 19.    Identify your wife's name, address, telephone number, and contact information.

████████████████████████████████████████████████████

████████████████████

Submitted December 7, 2020.

                                        /s/ Clifford Carlson
                                        Clifford Carlson
                                        Georgia Bar No. 227503

Cliff Carlson Law, P.C.
1114-C1 Highway 96 #347
Kathleen, Georgia 31047
Tel. 478-254-1018
cc@cliffcarlsonlaw.com