IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROMAN BOGATSCHOW, | * |
| Plaintiff, | * |
| v. | Case No.   5:20-cv-00059-MTT |
| | * |
| CF MEDICAL LLC, et al., | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 4, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 4th day of November, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk